UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

JIANMIN SUN,

    Plaintiff,

v.

RACHEL L. JOHNSON and CARRIE TEAGER,

    Defendants.

Case No. 2:21-cv-02180-APG-EJY

**ORDER**

    Before the Court is Plaintiff's Motion to Proceed *Pro Se* (ECF No. 8). Plaintiff is advised that no motion is required to proceed without counsel. Therefore, Plaintiff's Motion is denied as unnecessary.

    To the extent that Plaintiff intends to file an application to proceed *in forma pauperis*, Plaintiff's application is incomplete. Local Rule LSR 1-1 requires such an application to "be made on the form provided by the court and must include a financial affidavit disclosing the applicant's income, assets, expenses, and liabilities." Plaintiff may file a complete IFP application on the proper form; however, the Court advises that, due to an apparent lack of jurisdiction over the action, to do so would likely be inefficient.

    Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion to Proceed *Pro Se* (ECF No. 8) is DENIED as moot.

    IT IS FURTHER ORDERED that to the extent Plaintiff's Motion to Proceed *Pro Se* is construed as an application to proceed *in forma pauperis*, the Motion is DENIED without prejudice.

    Dated this 4th day of January, 2022.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1