UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JIANMIN SUN, | Case No.: 2:21-cv-02180-APG-EJY |
| Plaintiff | **Order Remanding Case** |
| v. | [ECF Nos. 6, 7, 10] |
| RACHEL L. JOHNSON and CARRIE TEAGER, | |
| Defendants | |

Defendant Rachel L. Johnson removed this case from the Circuit Court of the Eighteenth Judicial Circuit DuPage County, Illinois. ECF Nos. 1, 1-2. Plaintiff Jianmin Sun moves to dismiss, to remand, and for sanctions. ECF Nos. 6, 7, 10. I remand the case because it was improperly removed to this court. A case may be removed from state court only "to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a). The District of Nevada does not embrace DuPage County, Illinois. I therefore remand this case because it was improperly removed to this court. I deny Sun's motion for sanctions because although the removal was plainly improper, Sun does not identify any costs or actual expenses incurred. Sun filed the motions pro se, and thus has not incurred attorney's fees in relation to this action.

I THEREFORE ORDER that this case is remanded to the state court from which it was removed for all further proceedings. All pending motions are denied as moot. The clerk of court is instructed to close this case.

DATED this 6th day of January, 2022.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE